UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMOREY WALKER and BRYCE FOSTER-QUARLES, individually and on behalf of all others similarly situated ,'
Plaintiff(s),

v.

SONY INTERACTIVE ENTERTAINMENT LLC    ,
Defendant(s).

Case No.  3:26-cv-04121-~~SK~~  CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER
(CIVIL LOCAL RULE 11-3)

I, ___Mallory A. Gitt___, an active member in good standing of the bar of ___Washington___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___Defendant___ in the above-entitled action. My local co-counsel in this case is ___Melody Wong___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___341494___.

925 Fourth Avenue, FL 38, Seattle, WA 98104

MY ADDRESS OF RECORD

(206) 327-6379

MY TELEPHONE # OF RECORD

MGitt@mofo.com

MY EMAIL ADDRESS OF RECORD

425 Market Street, San Francisco, CA 94105

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 268-6024

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MelodyWong@mofo.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___50025___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___4___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __June 3, 2026__

*s/ Mallory A. Gitt*
_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 5, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California