United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMOREY WALKER and BRYCE FOSTER-QUARLES, individually and on behalf of all others similarly situated ,
Plaintiff(s),

v.

SONY INTERACTIVE ENTERTAINMENT LLC ,
Defendant(s).

Case No.  3:26-cv-04121-~~SK~~ CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, __David A. Perez__, an active member in good standing of the bar of __Washington__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Defendant__ in the above-entitled action. My local co-counsel in this case is __Melody Wong__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __341494__.

925 Fourth Avenue, FL 38, Seattle, WA 98104

MY ADDRESS OF RECORD

(206) 327-6385

MY TELEPHONE # OF RECORD

DavidPerez@mofo.com

MY EMAIL ADDRESS OF RECORD

425 Market Street, San Francisco, CA 94105

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 268-6024

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MelodyWong@mofo.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __43959__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____June 3, 2026_____

*s/ David A. Perez*
_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 5, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2