DAVID A. PEREZ (admitted *pro hac vice*)
DavidPerez@mofo.com
MALLORY A. GITT (admitted *pro hac vice*)
MGitt@mofo.com
SHIREEN LANKARANI (admitted *pro hac vice*)
SLankarani@mofo.com
MORRISON & FOERSTER LLP
925 Fourth Avenue, Floor 38
Seattle, Washington 98104-1157
Telephone:    206.327.6500
Facsimile:    206.260.8813

MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415 268 7000
Facsimile:    415.268.7522

Attorneys for SONY INTERACTIVE
ENTERTAINMENT LLC

YANNI LAW, APC
John C. Bohren (CA SBN 295292)
Yanni@bohrenlaw.com
145 S Spring St; #850
Los Angeles, CA 90012
Telephone: (619) 433-2803
Fax: (800) 867-6779

[Additional Counsel on Signature Page]

Attorneys for AMOREY WALKER and
BRYCE FOSTER-QUARLES

SALAR ALI AHMED (*pro hac vice*
forthcoming)
aahmedlaw@gmail.com
ALI S. AHMED, PC
430 W. Bell Street
Houston, Texas 77019
Telephone: (713) 898-0982

Attorney for JAMAL QURESHI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMOREY WALKER AND BRYCE FOSTER-QUARLES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 3:26-cv-04121-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF CASES**<br><br>[CIVIL LOCAL RULES 3-12]<br><br>Judge:          Hon. Charles R. Breyer<br>Complaint Filed: May 6, 2026<br>Trial Date:      None Set |
| JAMAL QURESHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 3:26-cv-05503-CRB<br><br>**RELATED CASE** |

Pursuant to Civil Local Rule 6-2 and Federal Rule of Civil Procedure 42(a), Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Qureshi ("Plaintiffs") and Defendant Sony Interactive Entertainment LLC ("SIE"), through their undersigned counsel, submit this stipulation to consolidate *Walker v. Sony Interactive Entertainment LLC*, Case No. 3:26-cv-04121-CRB (the "*Walker* action"), and *Qureshi v. Sony Interactive Entertainment LLC*, Case No. 3:26-cv-05503-LB (the "*Qureshi* action") for all purposes and to set a schedule for Plaintiffs' consolidated complaint and SIE's response to that complaint.

WHEREAS, on May 6, 2026, Plaintiffs Walker and Foster-Quarles filed the *Walker* action (ECF No. 1);

WHEREAS, on June 10, 2026, the transfer of the *Qureshi* action from the U.S. District Court for the Southern District of Texas to this District was completed, and a new case was opened;

WHEREAS, on June 17, 2026, the Court ordered that the *Walker* action and the *Qureshi* action are related under Civil Local Rule 3-12 and both cases were assigned to the Honorable Charles R. Breyer because the actions "concern substantially the same parties, property, transaction, or event" and "appear[] likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges" (ECF No. 23);

WHEREAS, the parties have conferred and agreed that, in the interest of efficiency and preserving resources, the *Walker* and *Qureshi* actions should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, the parties agree that all papers filed in the Consolidated Action shall be filed under Case No. 3:26-cv-04121-CRB, the number assigned to the *Walker* action, and bear the following caption: *In re Sony Interactive Entertainment Tariff Litigation*.

WHEREAS, SIE has not yet answered or otherwise responded to the complaints in either action;

WHEREAS, the parties have agreed that Plaintiffs will file a consolidated complaint no later than July 17, 2026, and that SIE shall be required to answer or otherwise respond to only the

consolidated complaint, absent further amendments;

WHEREAS, the parties further agreed that SIE's deadline to answer or otherwise respond to the Consolidated Complaint will be August 31, 2026; Plaintiffs' deadline to oppose SIE's responsive pleading will be September 30, 2026; and SIE's deadline for the reply in support of its responsive pleading will be October 21, 2026.

WHEREAS, an extension of the deadline to respond to the consolidated complaint will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, SIE's entry into this stipulation shall not be construed as a waiver of any rights, defenses, or affirmative defenses or as an admission of any facts alleged in either complaint in the *Walker* and *Qureshi* actions.

NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1.     The *Walker* and *Qureshi* actions shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

2.     All papers filed in the Consolidated Action shall be filed under Case No. 3:26-cv-04121-CRB, the number assigned to the Walker action, and bear the following caption: *In re Sony Interactive Entertainment Tariff Litigation*.

3.     Plaintiffs shall file a consolidated complaint no later than July 17, 2026, which shall become the operative complaint in the Consolidated Action and SIE will have no obligation to respond to any previously filed complaint;

4.     SIE's deadline to answer or otherwise respond to the consolidated complaint will be August 31, 2026;

5.     Plaintiffs' deadline to oppose any motion filed by SIE in response to the consolidated complaint will be September 30, 2026; and

6.     SIE's deadline to file a reply in support of any motion will be October 21, 2026.

Dated:  June 23, 2026                    By:  /s/ Mallory A. Gitt
                                               Mallory A. Gitt

                                         DAVID A. PEREZ (admitted *pro hac vice*)
                                         MALLORY A. GITT (admitted *pro hac vice*)
                                         SHIREEN LANKARANI (admitted *pro hac vice*)
                                         MORRISON & FOERSTER LLP
                                         925 Fourth Avenue, Floor 38
                                         Seattle, Washington 98104-1157
                                         Telephone:   206.327.6500
                                         Facsimile:    206.260.8813

                                         MELODY E. WONG (CA SBN 341494)
                                         MORRISON & FOERSTER LLP
                                         425 Market Street
                                         San Francisco, CA 94105-2482
                                         Telephone:   415 268 7000
                                         Facsimile:    415.268.7522

                                         Attorneys for SONY INTERACTIVE
                                         ENTERTAINMENT LLC

JOINT STIPULATION REGARDING CONSOLIDATION
CASE NOS. 3:26-CV-04121-CRB; 3:26-CV-05503-CRB                    4

Dated: June 23, 2026

By: */s/ Paul J. Doolittle*
Paul J. Doolittle

YANNI LAW, APC
John C. Bohren (CA SBN 295292)
Yanni@bohrenlaw.com
145 S Spring St; #850
Los Angeles, CA 90012
Telephone: (619) 433-2803
Fax: (800) 867-6779

POULIN | WILLEY | ANASTOPOULO, LLC
Paul J. Doolittle (*pro hac vice* forthcoming)
Andre Belanger (admitted *pro hac vice*)
Paul.doolittle@poulinwilley.com
Andre.Belanger@poulinwilley.com
cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

Attorneys for AMOREY WALKER and
BRYCE FOSTER-QUARLES

Dated: June 23, 2026

By: */s/ Salar Ali Ahmed*
Salar Ali Ahmed

SALAR ALI AHMED (*pro hac vice*
forthcoming)
aahmedlaw@gmail.com
ALI S. AHMED, PC
430 W. Bell Street
Houston, Texas 77019
Telephone: (713) 898-0982

Attorneys for JAMAL QURESHI

JOINT STIPULATION REGARDING CONSOLIDATION
CASE NOS. 3:26-CV-04121-CRB; 3:26-CV-05503-CRB

5

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 23, 2026

_____
Honorable Charles R. Breyer
United States District Court Judge

**ECF ATTESTATION**

I, Mallory A. Gitt, the ECF User whose ID and password are being used to file this JOINT STIPULATION REGARDING CONSOLIDATION OF CASES, in compliance with Civil Local Rule 5-1(i)(3), hereby attest that Paul J. Doolittle and Salar Ali Ahmed, counsel for Plaintiffs, have concurred in this filing.

Dated: June 23, 2026                          MORRISON & FOERSTER LLP


By:  */s/ Mallory A. Gitt*
　　　　Mallory A. Gitt

*Attorneys for* SONY INTERACTIVE ENTERTAINMENT LLC

ECF ATTESTATION
CASE NOS. 3:26-CV-04121-CRB; 3:26-CV-05503-LB                          7