DAVID A. PEREZ (admitted *pro hac vice*)
DavidPerez@mofo.com
MALLORY A. GITT (admitted *pro hac vice*)
MGitt@mofo.com
SHIREEN LANKARANI (admitted *pro hac vice*)
SLankarani@mofo.com
MORRISON & FOERSTER LLP
925 Fourth Avenue, Floor 38
Seattle, Washington 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813

MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415 268 7000
Facsimile: 415.268.7522

Attorneys for SONY INTERACTIVE ENTERTAINMENT LLC

John C. Bohren (CA SBN 295292)
Yanni@bohrenlaw.com
YANNI LAW, APC
145 S Spring St; #850
Los Angeles, CA 90012
Telephone: (619) 433-2803
Fax: (800) 867-6779

Paul J. Doolittle (*pro hac vice* forthcoming)
Andre Belanger (admitted *pro hac vice*)
Paul.doolittle@poulinwilley.com
Andre.Belanger@poulinwilley.com
cmad@poulinwilley.com
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

SALAR ALI AHMED (admitted *pro hac vice*)
aahmedlaw@gmail.com
ALI S. AHMED, PC
430 W. Bell Street
Houston, Texas 77019
Telephone: (713) 898-0982

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE SONY INTERACTIVE ENTERTAINMENT TARIFF LITIGATION

Consolidated Case No. 3:26-cv-04121-CRB

Hon. Charles R. Breyer
Courtroom 6, 17th Floor

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING AUGUST 14, 2026, CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Amorey Walker, Bryce Foster-Quarles, and Jamal Qureshi ("Plaintiffs") and Defendant Sony Interactive Entertainment LLC ("SIE" and, together with Plaintiffs, the "Parties"), through their undersigned counsel, submit this stipulation to continue the date for the Case Management Conference until after the hearing and ruling on Defendant's anticipated Motion to Dismiss (ECF No. 25).

WHEREAS, on May 6, 2026, Plaintiffs Walker and Foster-Quarles initially filed this action (ECF No. 1);

WHEREAS, on May 19, 2026, the Clerk set the Initial Case Management Conference for August 14, 2026 at 8:30 a.m. and the corresponding deadline for the Case Management Statement for August 7, 2026 (ECF No. 11);

WHEREAS, the Court ordered that this action and the *Qureshi* action transferred from the Southern District of Texas are related under Civil Local Rule 3-12 on June 17, 2026 (ECF No. 23), and ordered the related actions consolidated for all purposes under Federal Rule of Civil Procedure 42(a) on June 23, 2026 (ECF No. 25);

WHEREAS, Plaintiffs filed a consolidated complaint on July 15, 2026 (ECF No. 28);

WHEREAS, SIE's deadline to answer or otherwise respond to the consolidated complaint is August 31, 2026; Plaintiffs' deadline to oppose SIE's responsive pleading is September 30, 2026; and SIE's deadline for the reply in support of its responsive pleading is October 21, 2026 (ECF No. 25);

WHEREAS, the Parties have met and conferred and agree that continuing the Initial Case Management Conference and the deadline for the Case Management Statement until after the Court's order on SIE's responsive pleading would serve the interests of efficiency and judicial economy; and

WHEREAS, on June 4, 2026, the Parties stipulated to a schedule for Plaintiffs' Consolidated Complaint, an extension of time for SIE to respond to the Complaint, and a briefing schedule on SIE's response to the Complaint (ECF No. 18).

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1. The August 14, 2026 Initial Case Management Conference and the deadline for the Case Management Statement will be continued until after the Court's order on SIE's responsive pleading, or in the alternative, the August 14, 2026, Initial Case Management Conference be continued to December 18, 2026, at 8:30 a.m. and the deadline for the Case Management Statement be extended to December 11, 2026.

Dated: July 23, 2026

By: */s/ Mallory A. Gitt*
Mallory A. Gitt

David A. Perez (*pro hac vice*)
Mallory A. Gitt (*pro hac vice*)
Shireen Lankarani (*pro hac vice*)
MORRISON & FOERSTER LLP
925 Fourth Avenue, Floor 38
Seattle, Washington 98104-1157
Telephone: 206.327.6500
Facsimile: 206.260.8813

Melody E. Wong (CA SBN 341494)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415 268 7000
Facsimile: 415.268.7522

Attorneys for SONY INTERACTIVE ENTERTAINMENT LLC

Dated: July 23, 2026

By: */s/ Paul J. Doolittle*
Paul J. Doolittle

John C. Bohren (CA SBN 295292)
Yanni@bohrenlaw.com
YANNI LAW, APC
145 S Spring St; #850
Los Angeles, CA 90012
Telephone: (619) 433-2803
Fax: (800) 867-6779

Paul J. Doolittle (*pro hac vice* forthcoming)
Andre Belanger (admitted *pro hac vice*)
Paul.doolittle@poulinwilley.com
Andre.Belanger@poulinwilley.com
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

Attorneys for Plaintiffs

Dated: July 23, 2026

By: */s/ Salar Ali Ahmed*
Salar Ali Ahmed

SALAR ALI AHMED (admitted *pro hac vice*)
aahmedlaw@gmail.com
ALI S. AHMED, PC
430 W. Bell Street
Houston, Texas 77019
Telephone: (713) 898-0982

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 24, 2026

Honorable Charles R. Breyer
United States District Court Judge